No. 39874.—Protest 720623–G (A) of Jordan Marsh Co. (Boston).

Opinion by Tilson, J.   Knit outerwear in chief value of wool similar to that involved in Abstract 36548 was held dutiable under paragraph 1114 as claimed.